WOOD COUNTY BAR ASSOCIATION *v.* HANNA.

[Cite as *Wood Cty. Bar Assn. v. Hanna* (1995), 74 Ohio St.3d 1209.]

(No. 95–822—Submitted September 27, 1995—Decided November 22, 1995.)

---

*Spitler, Vogtsberger & Huffman* and *Diane R. Huffman; Mitchell, Stearns & Hammer* and *James A. Hammer,* for relator Wood County Bar Association.

*James D. Caruso,* for respondent Harold M. Hanna.

---

After reviewing carefully the record herein, the cause is dismissed.

DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

RESNICK, J., not participating.

COOK, J., dissenting. I would impose a public reprimand as recommended by the panel and the Board of Commissioners on Grievances and Discipline.

MOYER, C.J., concurs in the foregoing dissenting opinion.